No. 729. INTERNATIONAL WOODWORKERS OF AMERICA, LOCAL UNION 3–3, AFL–CIO v. NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *Joseph L. Rauh, Jr.,* and *John Silard* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondent. *James C. Dezendorf* for Western Wirebound Box Co., defendant below, in opposition.

No. 730. SHELTON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Fred Blanton, Jr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Yeagley, Kevin T. Maroney,* and *Robert L. Keuch* for the United States.

No. 737. NAPUE v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *R. Eugene Pincham, Earl E. Strayhorn, Charles B. Evins,* and *Sam Adam* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 742. TRANSIT CASUALTY CO. ET AL. v. SECURITY TRUST CO. ET AL. C. A. 5th Cir. Certiorari denied. *Samuel J. Powers, Jr.,* and *George P. Bowie* for petitioners. *James A. Dixon* and *Sam Daniels* for respondent Security Trust Co., and *John M. Allison* for respondent Treasurer and Insurance Commissioner of Florida.

No. 747. STRUCTURAL LAMINATES, INC. v. DOUGLAS FIR PLYWOOD ASSN. C. A. 9th Cir. Certiorari denied. *Kenneth E. Roberts* for petitioner. *Alfred J. Schweppe* and *Arthur S. Langlie* for respondent.